DAVID K. COHN, ESQ.  SBN 68768
NEIL K. GEHLAWAT, ESQ.  SBN 289388
CHAIN | COHN | STILES
1430 Truxtun Avenue
Bakersfield, CA 93301
Phone: (661) 323-4000
Fax: (661) 324-1352
Email: dcohn@chainlaw.com; ngehlawat@chainlaw.com

Attorneys for Plaintiff

FILED
MAY 16 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

SUPERIOR COURT OF CALIFORNIA, UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO GONZALEZ,<br><br>           Plaintiff,<br><br>   v.<br><br>JOSE ROGELIO JAIMEZ; GRACIELA JAIMEZ; JAIMEZ TRUCKING; 801 TRUCKING LLC; and DOES 1 TO 50, inclusive,<br><br>           Defendants. | CASE NO. 1:13-CV-01110-AWI-BAM<br><br>STIPULATION TO DISMISS AND ORDER THEREON |

WHEREAS, the above-entitled matter has settled on or about April 1, 2014 and all settlement proceeds have been disbursed.

///

///

///

///

///

1  THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that this
2  entire matter may be dismissed with prejudice as to all parties.

3  DATED: May 15, 2014                         CHAIN | COHN | STILES

6                                              By: /s/ 
                                               NEIL K. GEHLAWAT
                                               Attorney for Plaintiff

8  DATED: May ___, 2014                        HARRINGTON, FOX, DUBROW & CANTOR

11                                             By: _____
                                               MICHAEL E. JENKINS
12                                             Attorney for Defendants

### ORDER

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all parties.

DATED: S

                                               By: _____
                                               BARBARA A. MCAULIFFE
                                               United States Magistrate Judge

1 THEREFORE, IT IS HEREBY STIPULATED by and between the parties herein that this
2 entire matter may be dismissed with prejudice as to all parties.

3 DATED: May ___, 2014         CHAIN | COHN | STILES

By: _____
NEIL K. GEHLAWAT
Attorney for Plaintiff

DATED: May 15, 2014         HARRINGTON, FOX, DUBROW & CANTOR

By: _____
MICHAEL E. JENKINS
Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED that this entire matter is dismissed with prejudice as to all parties.

DATED: 5-16-19

By: _____
~~BARBARA A. MCAULIFFE~~ Anthony I-shii
United States ~~Magistrate~~ Judge

-2-
STIPULATION TO DISMISS AND ORDER THEREON